IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID A. MAESTAS          :
                          :
        v.                :        NO. 11-3444
                          :
NCO FINANCIAL SYSTEMS, INC. :
                          :

JUDGMENT

BEFORE O'NEILL, J.

AND NOW, to wit, this 30th day of August, 2011, it is ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC.'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
It is ORDERED that judgment is entered in favor of plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $1,000.00 together with interest and costs.

BY THE COURT:

ATTEST:

_____
Richard Sabol, Deputy Clerk

judg